UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANNE RYAN NEWMAN,

    Plaintiff,

v.

ELI LILLY AND COMPANY,

    Defendant.

Civil Action No.
03-240 (GK)

04 CV 10217 RWZ

MAGISTRATE JUDGE _____

### ORDER

Upon consideration of Defendant's Motion to Transfer the Case to the United States District Court for the District of Massachusetts [#11] and Plaintiffs' consent thereto, it is hereby

**ORDERED** that Defendant's Motion to Transfer the Case to the United States District Court for the District of Massachusetts is hereby **granted**.

Jan. 21, 2004
DATE

GLADYS KESSLER
United States District Judge

Copies to: attorneys on record via ECF