UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANNE RYAN NEWMAN

    Plaintiffs

v.                          CA. No. 04-cv-10217-RWZ

ELI LIILY AND COMPANY

    Defendant

### NOTICE OF APPEARANCE

COMES NOW Kenneth M. Levine and Sheila Mone of the firm of Kenneth M. Levine & Associates, 370 Washington Street, Brookline, Massachusetts 02445 and file their appearance as counsel for the Plaintiffs in the above referenced matter.

Respectfully submitted this 25th day of February, 2004

_____
Kenneth M. Levine, BBO#296850
Sheila E. Mone, BBO#634615
Kenneth M. Levine & Associates
370 Washington Street
Brookline, MA 02446
617-566-2700

DATED: February 25, 2004

#### Certificate of Service

I, Kenneth m. Levine, so state that on this 25th day of February, 2004, I did serve the above document upon counsel for the defendant via first class mail.

_____
Kenneth M. Levine