IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE RYAN NEWMAN, Individually and as Mother, Guardian and Next Friend of REID T. and WILLIAM C. NEWMAN, Minors,<br><br>    Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant. | Civil Action No.: 1:04-cv-10217 (RWZ)<br>Next Event: Scheduling Conference on<br>May 18, 2004 at 2:30 p.m. |

## PROPOSED SCHEDULING ORDER

The parties suggest the following schedule:

June 17, 2004:      Deadline for defendant to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

August 16, 2004:    All Discovery Closed. The parties agree that experts may be deposed until the closed of discovery.

September 15, 2004: Deadline for filing Dispositive Motions.


DATED: _____      _____
                                          Judge Rya W. Zobel
                                          U.S. District Judge

|  |  |
|---|---|
| KENNETH M. LEVINE & ASSOCIATES | Respectfully submitted,<br><br>FOLEY HOAG LLP |
| /s/ Kenneth M. Levine<br>Kenneth M. Levine, BBO#296850<br>370 Washington Street<br>Brookline, MA  02446<br>617-566-2700 | /s/ John M. Granberry<br>James J. Dillon, BBO#124660<br>John M. Granberry, BBO#647046<br>155 Seaport Boulevard<br>Boston, MA  02210-2600<br>617-832-1000 |
| and | Attorneys for Eli Lilly and Company |
| Aaron M. Levine<br>AARON M. LEVINE & ASSOCIATES<br>1320 19th Street, N.W.<br>Suite 500<br>Washington, DC  20036<br>202-833-8040 | |
| Attorneys for Plaintiff | |

Dated: May 11, 2004