IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANNE RYAN NEWMAN, Individually
and as Mother, Guardian and Next
Friend of REID T. and WILLIAM C.
NEWMAN, Minors,

    Plaintiff,

v.

ELI LILLY AND COMPANY,

    Defendant.

Civil Action No.: 1:04-cv-10217 (RWZ)
Next Event: Scheduling Conference on
May 18, 2004 at 2:30 p.m.

## LOCAL RULE 16.1(D) STATEMENT

PLEASE TAKE NOTICE THAT the undersigned party to this action, and her Counsel, hereby certify, pursuant to Local Rule 16.1 (D)(3) of the Local Rules of the United States District Court for the District of Massachusetts that:

a. they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

b. they have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

    Plaintiff
    By her Attorneys,

_____
ANNE RYAN NEWMAN, Individually
and as Mother, Guardian and Next
Friend of REID T. NEWMAN and
and WILLIAM C. NEWMAN, Minors

_____
Kenneth M. Levine, BBO#296850
Kenneth M. Levine & Associates
370 Washington Street
Brookline, MA 02445
617-566-2700