IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE RYAN NEWMAN, Individually and as Mother, Guardian and Next Friend of REID T. and WILLIAM C. NEWMAN, Minors,<br><br>  Plaintiffs,<br><br>  v.<br><br>ELI LILLY AND COMPANY,<br><br>  Defendant. | CIVIL ACTION No. 04-CV-10217 (RWZ) |

**DEFENDANT ELI LILLY AND COMPANY'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Pursuant to Local Rule 7.3, Defendant Eli Lilly and Company states that the following are parent companies, subsidiaries, or affiliates of Eli Lilly and Company which have any outstanding securities in the hands of the public:

- Lilly Del Mar, Inc., a British Virgin Islands Corporation

ELI LILLY AND COMPANY,

By its attorneys:

/s/ John M. Granberry
James J. Dillon
John M. Granberry
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA   02110-2600
(617) 832-1000

Dated: May 11, 2004

FHBoston/1053561.1