UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10217-RWZ

ANNE RYAN NEWMAN, et al.

v.

ELI LILLY AND COMPANY

SCHEDULING ORDER

May 25, 2004

ZOBEL, D. J.

This matter having come before the court at a scheduling conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and Aaron M. Levine and Kenneth M. Levine having appeared as counsel for plaintiffs, Anne Ryan Newman, et al.; and John M. Granberry having appeared as counsel for defendant, Eli Lilly and Company, the following action was taken:

1.  No later than June 17, 2004, defendant shall designate its experts and provide their reports.

2.  All discovery, including expert depositions, shall be completed by August 16, 2004.

3.  Any dispositive motions, together with all supporting documents, shall be filed no later than September 15, 2004. All opposition with supporting documents shall be filed no later than September 26, 2004. A reply memorandum, not to exceed five pages, shall be filed by October 16, 2004. A hearing is scheduled on October 13, 2004, at 2 p.m.

4. The court has referred this case to Judge Mazzone for mediation to occur no earlier than August 16, 2004.


_____          /s/ Rya W. Zobel
           DATE                                            RYA W. ZOBEL
                                                                  UNITED STATES DISTRICT JUDGE