**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

  ANNE RYAN NEWMAN ET AL  
            Plaintiff(s)

                                                                              CIVIL ACTION

            V.
                                                                              NO. 04-10217-RWZ

  ELI LILLY AND COMPANY  
            Defendant(s)

**ORDER OF REFERENCE**
**FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to **JUDGE MAZZONE** for the following ADR program:

_____ SCREENING CONFERENCE            _____ EARLY NEUTRAL EVALUATION

__X__       MEDIATION                                 _____ MINI-TRIAL

_____ SUMMARY JURY TRIAL                _____ SETTLEMENT CONFERENCE

_____ SPECIAL MASTER

_____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

* **to occur no earlier than 8/16/04**;

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.   If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

   5/26/04                                                                  Rya W. Zobel                
     DATE                                                            UNITED STATES DISTRICT JUDGE

CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | \_\_\_\_ | Antitrust | \_\_\_\_ |
| Civil Rights | \_\_\_\_ | Contract | \_\_\_\_ |
| Copyright/Trademark/Patent | \_\_\_\_ | Environmental | \_\_\_\_ |
| ERISA | \_\_\_\_ | FELA | \_\_\_\_ |
| Labor Relations | \_\_\_\_ | Medical Malpractice | \_\_\_\_ |
| Personal Injury | \_\_\_\_ | Product Liability | \_\_\_\_ |
| Shareholder Dispute | \_\_\_\_ | | |
| Other | _____ | | |

(ADR Referral.wpd - 2/18/99)                                                                                          [orefadr.]