# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

ANNE RYAN NEWMAN,

    Plaintiff,

    v.                                                CA. NO. 04-10217-RWZ

ELI LILLY AND COMPANY,
INC., ET AL,

    Defendants.

## *NOTICE*

July 1, 2004

**BOWLER, Ch.U.S.M.J.**

    PLEASE TAKE NOTICE that the above-entitled case has been scheduled for **mediation** at **10:00 a.m., Wednesday, August 4, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

**All parties must be in attendance for this mediaton.** Leave of the court is required for any exceptions.

                                        /s/
                                        **MARIANNE B. BOWLER**
                                        Chief United States Magistrate Judge

To:   ALL COUNSEL OF RECORD

**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification**.