UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE RYAN NEWMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | CIVIL ACTION No. 04-CV-10217 (RWZ) (MBB) |

## JOINT MOTION TO RESCHEDULE MEDIATION

Defendant Eli Lilly and Company ("Lilly") and Plaintiff Anne Ryan Newman, Individually and as Mother, Guardian, and Next Friend of Reid T. Newman and William C. Newman, hereby move the Court to reschedule the Mediation with Judge Bowler now set for August 4, 2004 at 10:00 am to September 10, 2004 at 10:30 am. As grounds therefore, Lilly states:

1. Discovery is ongoing in this DES case and is not set to close until August 16, 2004. The parties are scheduling depositions of expert witnesses whose testimony likely will impact the assessment of the case.

2. Judge Zobel's scheduling order from May 25, 2004 provided that mediation should occur no earlier than August 16, 2004.

3. Counsel for all parties will be in front of Judge Bowler for a mediation in another DES case, *Stevens v. Eli Lilly and Company*, D. Mass. No. 03-CV-12346, on September 10, 2004 at 10:30 am. Counsel for all parties anticipate that both cases can be discussed with Judge Bowler during the same conference.

FHBoston/1078661.1

- 2 -

Respectfully submitted,

| | |
|---|---|
| ANNE RYAN NEWMAN, Individually and as Mother, Guardian, and Next Friend of REID T. NEWMAN and WILLIAM C. NEWMAN, | ELI LILLY AND COMPANY, |
| By Their Attorneys, | By Its Attorneys |
| /s/ Kenneth M. Levine (by permission) | /s/ John M. Granberry |
| Kenneth M. Levine<br>Kenneth Levine & Associates<br>370 Washington Street<br>Brookline, MA 02445<br>617-566-2700 | James J. Dillon (BBO # 124660)<br>John M. Granberry (BBO# 647046)<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, MA 02111-2600<br>(617) 832-1000 |

-and-

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036


Dated:  July 7, 2004