

# FOLEY HOAG LLP
ATTORNEYS AT LAW

July 23, 2004

James J. Dillon
617-832-1109
Jdillon@foleyhoag.com

**VIA FACSIMILE 617-204-5833**

Magistrate Judge Marianne B. Bowler
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

    Re:    <u>Anne Ryan Newman v. Eli Lilly and Company</u>
              C.A. No. 04-CV-10217 (RWZ) (MBB)

Dear Magistrate Judge Bowler:

      I send this letter on behalf of both the plaintiffs and defendant in this case, asking your assistance in obtaining a ruling on the pending Joint Motion to Reschedule Mediation. At your direction, the Mediation was set for August 4, 2004. As set out in the Joint Motion, there are several expert depositions that remain to be taken before discovery closes on August 16, 2004. Those depositions are likely to influence the assessment of this case for mediation and, indeed, final decisions about settlement values are difficult without this discovery.

      Both parties, obviously, seek to have the Mediation deferred but, regardless of the outcome, the parties are eager to know the ruling on the Joint Motion.

                                           Sincerely yours,

                                           James J. Dillon

JJD/jlf
cc:    Aaron M. Levine, Esq. (without enclosure)

FHBoston/1086147.1