IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSCHUSETTS

| | |
|---|---|
| ANNE RYAN NEWMAN, ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | CA. NO. 04-10217 (RWZ) (MBB) |
| ] | Next Event: Mediation on 9/10/04 with |
| ELI LILLY AND COMPANY, ] | Magistrate Marianne B. Bowler |
| ] | |
| Defendant. ] | |

### CONSENT MOTION TO WAIVE PLAINTIFF'S PERSONAL APPEARANCE AND ALLOW PLAINTIFF TO PARTICIPATE IN MEDIATION BY TELEPHONE

COMES NOW the Plaintiff, by and through counsel, and with the consent of the Defendant, and respectfully moves the Court for an Order waiving the Plaintiff's personal appearance and allowing Plaintiff to participate in the Mediation on September 10, 2004, by telephone, and as grounds therefor states:

1. This is a personal injury/products liability claim in which Plaintiff Anne Ryan Newman alleges she has suffered from reproductive and anatomic anomalies, miscarriages, pre-term delivery and infertility, as a result of her *in utero* exposure to diethylstilbestrol ("DES").

2. The Mediation of this matter is currently scheduled for Friday, September 10, 2004, beginning at 10:00 a.m. Plaintiff resides in Pasadena, California, with two small children, and would have difficulty and incur great expense in traveling to Boston for the Mediation. Plaintiff respectfully requests that she be allowed to participate by telephone for the duration of the Mediation.

3. Counsel for Defendant consents to the granting of this Motion.

Respectfully submitted,

ANNE RYAN NEWMAN, Individually and as Mother, Guardian and Next Friend of REID T. NEWMAN and WILLIAM C. NEWMAN, Minors

By Their Attorneys


　/s/ Kenneth M. Levine
Kenneth M. Levine, BBO#296850
Sheila E. Mone, BBO#634615
Kenneth M. Levine & Associates
370 Washington Street
Brookline, MA   02445
617-566-2700

and

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W.
Suite 500
Washington, DC   20036
202-833-8040

Dated: August 24, 2004