IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE RYAN NEWMAN, Individually and as Mother, Guardian and Next Friend of REID T. and WILLIAM C. NEWMAN, Minors,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　　　　Defendant. | No. 04-CV-10217 (RWZ) (MBB) |

**CONSENT MOTION TO WAIVE DEFENDANT'S PERSONAL APPEARANCE AND ALLOW DEFENDANT TO PARTICIPATE IN MEDIATION BY TELEPHONE**

　　　　Defendant Eli Lilly and Company ("Lilly") hereby moves, with the consent of counsel for Plaintiff, for an Order waiving Lilly's personal appearance and allowing Lilly to participate in the Mediation on September 10, 2004 by telephone. In support of its Motion, Lilly states as follows:

　　　　1.　　Lilly is an Indiana corporation headquartered in Indianapolis, Indiana, and would incur difficulty and expense in traveling to this forum for the mediation conference. Lilly requests that it be allowed to be available by telephone for the duration of the conference. Counsel for Lilly will have full authority to engage in settlement negotiations and could discuss all offers by telephone with Lilly.

　　　　2.　　Counsel for Plaintiff consents to the granting of this motion.

FHBoston/1053561.1

- 2 -

WHEREFORE, for the foregoing reasons Defendant Eli Lilly and Company respectfully requests that its Consent Motion to Waive Personal Appearance at Mediation be granted.

Respectfully submitted,

ELI LILLY AND COMPANY,

By its attorneys:

/s/ John M. Granberry
James J. Dillon
John M. Granberry
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA   02110-2600
(617) 832-1000

Dated: August 28, 2004