**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

ANNE RYAN NEWMAN
      Plaintiff(s)


        v.

                                              CIVIL ACTION  NO. 04-10217-RWZ

ELI LILLY & CO,
      Defendant(s)

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**


**TO JUDGE ZOBEL**


[  ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]    On_____September 10, 2004_____,  I held the following ADR proceeding:

      _____  SCREENING CONFERENCE       _____  EARLY NEUTRAL EVALUATION

      _X__  MEDIATION                   _____  SUMMARY BENCH / JURY TRIAL

      _____  MINI-TRIAL                   ____  SETTLEMENT CONFERENCE

      All parties were represented by counsel  [except _____]

      The parties  were / were not  present in person or by authorized corporate officer [except

      _____].

      The case was:

[ X  ]    Settled.  Your clerk should enter a _____60_____ day order of dismissal.

[  ]    There was progress.  A further conference has been scheduled for_____unless the case is

      reported settled prior to that date.

[  ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This

      case should be restored to your trial list.

[  ]    Suggested strategy to facilitate settlement:

      _____

      _____


September 10, 2004                                   /s/_____
    DATE                              ADR Provider
                                       MARIANNE B. BOWLER ,U.S.Ch.M.J._____


(ADRreport.wpd  - 4/12/2000)                [adrrpt.]