UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANNE RYAN NEWMAN
        Plaintiff

V.

                                        CIVIL ACTION:04-10217-RWZ

ELI LILLY & COMPANY
        Defendant

ORDER OF DISMISSAL

ZOBEL, D.J.                                                   SEPTEMBER 30, 2004

    The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

                                                                        By the Court,

                                                                        s/ Lisa A. Urso
                                                                        Deputy Clerk

30day.ord