# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE RYAN NEWMAN, Individually and as Mother, Guardian, and Next Friend of REID T. NEWMAN and WILLIAM C. NEWMAN, Minors,<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | Civil Action No. 04-CV-10217 (RWZ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Please dismiss with prejudice and without costs all claims of plaintiff Anne Ryan Newman, both individually and as Mother, Guardian, and Next Friend of Reid T. Newman and William C. Newman, against defendant Eli Lilly and Company.

There are no cross-claims or third-party claims pending in the above-captioned case and no party is an infant or incompetent person for whom a committee has been appointed or a conservator and no person not a party has an interest in the subject matter of this action.

ANNE RYAN NEWMAN, Individually and as Mother, Guardian, and Next Friend of REID T. NEWMAN and WILLIAM C. NEWMAN, Minors,

By their attorneys,

/s/ Aaron M. Levine
Aaron M. Levine
AARON M. LEVINE & ASSOCIATES, P.A.
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040

ELI LILLY AND COMPANY,

By its attorneys,

/s/ James J. Dillon
James J. Dillon
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
617-832-1000

FHBOSTON/1114816.1

       -and-

       Lawrence H. Martin
       FOLEY HOAG LLP
       1875 K Street, NW, Suite 800
       Washington, DC  20006
       202-223-1200

Dated:  October 5, 2004